No. 79–539. MAINE v. DANA ET AL. Sup. Jud. Ct. Me. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–955. DEHAVILLAND AIRCRAFT OF CANADA, LTD. v. BETAR, PUBLIC ADMINISTRATOR OF COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.